UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025
NOVEMBER 16, 2026 SESSION

FILED
NOV 16 2026
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v. CRIMINAL NO. 2:26-cr-00137

18 U.S.C. § 666(a)(1)(A)
18 U.S.C. § 1344
18 U.S.C. § 2

MARK A. HUNT

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000

or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-001167, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant, contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT TWO**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000337, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT THREE**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000716, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

## COUNT FOUR

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000832, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT FIVE**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000907, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT SIX**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-001403, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT SEVEN**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Kanawha County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Kanawha County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000879, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT EIGHT**

On or about March 28, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Boone County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Boone County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000067, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT NINE**

On or about June 6, 2025, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, defendant MARK A. HUNT, being an agent of a State government or any agency thereof, that is, the elected West Virginia State Auditor and ex officio State Commissioner of Delinquent and Nonentered Lands, and being aided and abetted by defendant David Keith Cole, Frederic Scott Caudill, and Robert Lisle Johns, named here but not indicted, embezzled, stole, obtained by fraud, and otherwise without authority knowingly converted to the use of any person other than the rightful owner and intentionally misapplied, property that was valued at $5,000 or more, and was owned by, and was under the care, custody, and control of such government or agency, that is, defendant MARK A. HUNT knowingly and unlawfully executed and caused to be recorded in the official records of the County Commission of Boone County, West Virginia, a quit claim tax deed to Business Entity 1, a West Virginia business known to the Grand Jury, for certain real estate associated with Boone County, West Virginia, Sheriff's Office Delinquent Real Property Tax Certification Number 2022-C-000185, and where the government or agency, that is, the West Virginia State Auditor's Office, received, in any one year period, benefits in excess of $10,000 under a Federal program involving a grant,

contract, subsidy, loan, guarantee, insurance, and other form of Federal assistance.

In violation of Title 18, United States Code, Sections 666(a)(1)(A) and 2.

**COUNT TEN**

At all times relevant to this Indictment:

1. Bank 1 was a bank insured by the Federal Deposit Insurance Corporation and was a financial institution, as defined by 18 U.S.C. § 20.

2. Bank 1 was the State of West Virginia's primary designated state depository.

3. All state employee payroll payments were paid from an account held by Bank 1.

4. The West Virginia State Auditor's Office was an executive agency of the State of West Virginia, headquartered at the State Capitol, Room W-100, 1900 Kanawha Boulevard East, Charleston, Kanawha County, West Virginia.

5. The West Virginia State Auditor's Office was led by the State Auditor, a position created by the West Virginia Constitution.

6. Defendant MARK A. HUNT was the State Auditor.

7. Employees of the West Virginia State Auditor's Office were public employees and were paid through a payroll process that resulted in their receiving funds held by Bank 1 on behalf of the State Treasury.

8. Defendant MARK A. HUNT was an attorney and sole member of Mark A. Hunt & Associates, PLLC, a law firm located at 2524 Kanawha Boulevard East, Charleston, Kanawha County, West Virginia.

9. David Keith Cole, named here but not indicted, was the office manager for Mark A. Hunt & Associates, PLLC.

10. David Keith Cole also worked full-time as Deputy Chief of Staff for Defendant MARK A. HUNT at the West Virginia State Auditor's Office.

11. Marie Ann Hoffmann, named here but not indicted, worked as a paralegal at Mark A. Hunt & Associates, PLLC.

12. Marie Ann Hoffmann also worked full-time as a tax clerk in a call center within the Land Division of the West Virginia State Auditor's Office.

13. David Keith Cole was Marie Ann Hoffmann's supervisor at Mark A. Hunt & Associates, PLLC.

14. David Keith Cole approved Marie Ann Hoffmann's timecard at the West Virginia State Auditor's Office, despite her working under the supervision of a different manager.

**<u>The Scheme to Defraud</u>**

15. Beginning on or about May 5, 2025, and continuing through at least on or about September 29, 2026, at or near Charleston, Kanawha County, West Virginia, within the Southern District of West Virginia, Defendant MARK A. HUNT, David Keith Cole, and Marie Ann Hoffmann, aided and abetted by one another, knowingly executed and attempted to execute a scheme to defraud Bank 1, with the intent to deceive Bank 1, and with the intent to obtain money owned by and under the custody and control of Bank 1, by means of

materially false and fraudulent pretenses, representations, and promises.

**Manner and Means for Carrying Out the Scheme**

16. It was a part of the scheme that David Keith Cole managed and approved Marie Ann Hoffmann's time while she worked at the West Virginia State Auditor's Office, despite her working in a division managed by another supervisor.

17. It was further a part of the scheme that defendant MARK A. HUNT, David Keith Cole, and Marie Ann Hoffmann maintained employment at Mark A. Hunt & Associates, PLLC, while also holding full-time employment at the West Virginia State Auditor's Office.

18. It was further a part of the scheme that David Keith Cole directed Marie Ann Hoffmann to leave her duty station at the West Virginia State Auditor's Office each Friday afternoon to perform paralegal and administrative work at Mark A. Hunt & Associates, PLLC.

19. It was further a part of the scheme that defendant MARK A. HUNT, David Keith Cole, and Marie Ann Hoffmann frequently worked together at Mark A. Hunt & Associates, PLLC, on Fridays during state business hours.

20. It was further a part of the scheme that Marie Ann Hoffmann did not take any accumulated leave time from the West Virginia State Auditor's Office to work at Mark A. Hunt &

Associates, PLLC, on Friday afternoons and that she was paid her regular state wages while working at the law firm.

21. It was further a part of the scheme that defendant MARK A. HUNT and David Keith Cole knew that Marie Ann Hoffmann was being paid by the West Virginia State Auditor's Office while working on Friday afternoons at Mark A. Hunt & Associates, PLLC, during state business hours.

22. It was further a part of the scheme that Marie Ann Hoffmann and David Keith Cole validated and approved false employee timecards relating to Marie Ann Hoffmann's employment at the West Virginia State Auditor's Office.

23. It was further a part of the scheme that Marie Ann Hoffmann and David Keith Cole expected the false timecards to be processed through normal payroll procedures so that Marie Ann Hoffmann would receive compensation from the State Treasury, by and through Bank 1, for work that she did not perform for the State Auditor's Office.

All in violation of Title 18, United States Code, Sections 1344 and 2.

**NOTICE OF FORFEITURE**

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 982(a)(2), 982(a)(3), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure.

Pursuant to 18 U.S.C. §§ 982(a)(2), 982(a)(3), 28 U.S.C. § 2461 and Rule 32.2 of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of 18 U.S.C. § 666(a)(1)(A) or 18 U.S.C. § 1344 and as set forth in the Indictment, defendant MARK HUNT shall forfeit to the United States of America, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation.

The property to be forfeited includes, but is not limited to, a money judgment in the amount constituting the proceeds of the violations set forth in this Indictment.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. §§ 982(a)(2), 982(a)(3) and 28 U.S.C. § 2461.

MOORE CAPITO
United States Attorney

By: ______________________________
JONATHAN T. STORAGE
Assistant United States Attorney